# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

LUKAS HENNINGSEN,

                    Defendant.

Case No. 26-CR-127-JPS

**ORDER**

On June 12, 2026 the Government filed an Information charging Defendant with one count in violation of 18 U.S.C. § 371. ECF No. 1. That same day, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to the single-count Information. ECF No. 2.

Therefore, the Court will order that a plea colloquy be held in accordance with Federal Rule of Criminal Procedure 11(b) before the assigned magistrate judge, Stephen C. Dries. Magistrate Judge Dries will thereafter issue a report and recommendation to this Court addressing the advisability of accepting Defendant's proposed guilty plea. Gen. L.R. 72(a); Fed. R. Crim. P. 59(b)(1); 28 U.S.C. § 636(a)(1) and (b)(1)(B); *United States v. Harden*, 758 F.3d 886, 891 (7th Cir. 2014). Magistrate Judge Dries will schedule the plea colloquy hearing by a separate order.

Accordingly,

**IT IS ORDERED** that a Federal Rule of Criminal Procedure 11(b) plea colloquy be held before Magistrate Judge Stephen C. Dries, who will thereafter issue a report and recommendation to this Court on the advisability of accepting Defendant's proposed guilty plea.

Dated at Milwaukee, Wisconsin, this 15th day of June, 2026.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Page 2 of 2